UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS ETHERIDGE,<br><br>               Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>               Respondent. | Case No. C20-6217-RAJ<br><br>~~PROPOSED~~ ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation;

(2)    Petitioner's petition for writ of habeas corpus (Dkts. 3-1, 3-2), and this

~~PROPOSED~~ ORDER

action, are DISMISSED without prejudice for failure to exhaust state court remedies;

(3) Petitioner's motions to exhaust (Dkt. 3-3) and to compel information (Dkt. 3-4) are DENIED;

(4) A certificate of appealability is DENIED (*See* 28 U.S.C. § 2253(c)); and

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 23rd day of March, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge